**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nelson DUARTE, Defendant–Appellant.**

No. 08–17069
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 30, 2009.

Before BLACK, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Humberto Dominguez, appointed counsel for Nelson Duarte in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Duarte's convictions and sentences are **AFFIRMED.**